United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY PHILLIPSON,

         Plaintiff,

  v.

MYICIS, et al.,

         Defendants.

                     /

No. C 07-02412 WHA

**ORDER OF REFERRAL**

Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Magistrate Judge
Bernard Zimmerman for the purpose of determining whether the above-captioned action is
related to *Sophia v. Myicis*, Case No. C 07-2364 BZ as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated:  August 13, 2007.

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE