|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTINA SOPHIA, et al., | ) | |
|---|---|---|
| Plaintiff(s), | ) | No. C07-2364 BZ |
| v. | ) | |
| | ) | and related case |
| MYICIS, et al., | ) | |
| Defendant(s). | ) | |
| ANTHONY PHILLIPSON, | ) | No. C07-2412 |
| Plaintiff(s), | ) | |
| | ) | **THIRD ORDER CONTINUING CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
| MYICIS, et al. | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the case management conference in this matter is **CONTINUED** at plaintiffs' request to **Monday, June 2, 2008** at **4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The Court does not understand why plaintiffs waited until four days before they left the country to request the continuance. No further continuances of the case management

1

conference will be granted, and plaintiffs shall personally appear at the conference.

Case management statements are due seven (7) days prior to the case management conference.

Plaintiffs shall serve defendants with a copy of this Order.

Dated: January 16, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Sophia v. Myicis\THIRD ORDER CMC CONT.wpd

2