Case 4:07-cv-02412-PJH   Document 33   Filed 07/03/08   Page 1 of 3



**FILED**

JUL 3 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PHILLIPSON, | |
| Plaintiff(s), | No. C07-2412 BZ |
| v. | |
| MYICIS, et al. | **ORDER SCHEDULING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| Defendant. | |

It is **HEREBY ORDERED** that a hearing on plaintiff's application for default judgment is scheduled for **Wednesday, August 13, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

Plaintiff should attend and be prepared to prove his damages by competent testimony or other admissible evidence. If plaintiff intends to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies. For all evidence, proper foundations must be established. For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to

1

Copies Mailed to
Parties of Record

consult Chapter Six of *Civil Procedure Before Trial* by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendant should attend the hearing if he contests the validity or amount of plaintiff's claim.

Seven days before the hearing, on **Wednesday, August 6, 2008**, plaintiff shall file a declaration setting forth in detail all steps taken to serve defendant with this order. If defendant actually received this order, plaintiff's declaration should so state, including plaintiff's basis for this knowledge.

Dated: July 3, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Sophia v. Myicis\SCHEDULING ORDER.RE HEARING ON DEF JUDGMT.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY PHILLIPSON,

    Plaintiff,

v.

MYICIS et al,

    Defendant.
                              /

Case Number: CV07-02412 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER SCHEDULING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Phillipson
136 Madison Ave.
San Rafael, CA 94903

Dated: July 3, 2008

                                          Richard W. Wieking, Clerk
                                          By: Rose Maher, Deputy Clerk